1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JEREMY WENDEL WILSON,            No.  2:14-cv-0048 CMK P

12              Petitioner,

13      v.                           ORDER

14  CALIFORNIA DEPARTMENT OF
    CORRECTIONS,
15
                Respondent.
16

17

18          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19  corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued

20  by the Fresno  County  Superior Court.  Fresno  County is part of the Fresno Division of the

21  United States District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23  division of a court may, on the court's own motion, be transferred to the proper division of the

24  court.  Therefore, this action will be transferred to the Fresno Division of the court

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1.          This action is transferred to the United States District Court for the Eastern

27                      District of California sitting in Fresno; and

28  /////

                                            1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3                 United States District Court
             Eastern District of California

4                 2500 Tulare Street
             Fresno, CA 93721

5    Dated:  April 23, 2014

6                               CRAIG M. KELLISON
                           UNITED STATES MAGISTRATE JUDGE

7

8

9    /mp
    Wils 14cv0048.109

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28